IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISAAC ADETAYO GRILLO, M.D., | No. C 05-2559 SBA |
| Plaintiff. | |
| v. | **ORDER** |
| CALIFORNIA DEPARTMENT OF CORRECTIONS, et al., | [Docket No. 33] |
| Defendant. | |

Pursuant to the Request to Submit Matter and to Continue Case Management Conference [Docket No. 33], filed by Defendant California Department of Corrections ("CDC") on February 1, 2006, and for good cause appearing,

IT IS HEREBY ORDERED THAT Defendant CDC's Request [Docket No. 33] is GRANTED.

IT IS HEREBY ORDERED THAT the February 7, 2006 hearing on Defendant CDC's Motion to Dismiss is VACATED.  As requested, the Court will deem this matter fully submitted on the papers. If the Court later determines that oral argument is necessary, however, the Clerk will contact the parties and place the matter back on calendar.

IT IS FURTHER ORDERED THAT the Case Management Conference currently scheduled for **February 7, 2006 at 1:00 p.m.** is CONTINUED to **March 1, 2006 at 3:00 p.m.**  The March 1, 2006 Case Management Conference will be telephonic.  The parties shall **meet and confer** prior to the conference and shall prepare a joint Case Management Conference Statement which shall be filed no later than ten (10) days prior to the Case Management Conference.  Plaintiff shall be responsible for

1  filing the statement as well as for arranging the conference call. All parties shall be on the line and shall
2  call (510) 637-3559 at the above indicated date and time.
3       IT IS SO ORDERED.

5  Dated: 2/1/06                                        SAUNDRA BROWN ARMSTRONG
                                           United States District Judge

**United States District Court**
For the Northern District of California